UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATIONWIDE NORTHWEST LIMITED PARTNERSHIP,

    Plaintiff,

  v.

RAYMOND D. ANDERSEN,

    Defendant.

Case No. C07-5134FDB

ORDER DISMISSING BANKRUPTCY APPEAL

This bankruptcy appeal was opened on March 20, 2007. A Notice of Deficiency of Appeal was entered on May 3, 2007, and Plaintiff Nationwide Northwest Limited Partnership was given until May 25, 2007 to correct the deficiency and to file a designation of record/statement of issues on appeal. Plaintiff was advised that failure to correct the deficiencies would result in dismissal of this appeal.

The due date for correcting the deficiencies has passed, and Plaintiff has filed nothing with respect to the appeal nor nothing in response to the deficiency notice despite notice having been sent to all parties. This appeal is, therefore, subject to dismissal.

ACCORDINGLY, IT IS ORDERED: This appeal is DISMISSED for failure to prosecute.

DATED this 12th day of June, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1